IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARY SUE WEAVER,<br><br>  Defendant and Judgment Debtor.<br><br>COMERICA BANK INC.,<br>(and its Successors and Assignees)<br><br>  Garnishee. | Case No. 2:20-MC-00191-KJM-AC<br><br>[~~PROPOSED~~] **ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (BANK, STOCK, OR BROKERAGE ACCOUNTS)**<br><br>Criminal Case No. 2:15-CR-00087-MCE-DB |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED that:

  1.   Pursuant to 28 U.S.C. § 3205(c)(10)(A), the Writ of Continuing Garnishment (Bank, Stock, or Brokerage Accounts) previously issued against defendant/judgment debtor, Mary Sue Weaver, on July 17, 2020, is hereby TERMINATED; and

  2.   The Clerk of the United States District Court shall CLOSE this miscellaneous case.

  IT IS SO ORDERED.

Dated:  November 3, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order Terminating Writ of Continuing Garnishment